UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20CR328 RWS/NCC |
| | ) | |
| DERRICK D. HART, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER AND REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This matter was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). Before the Court is defendant Derrick D. Hart's Motion to Suppress Statements (ECF No. 39) and the response filed by the United States asking the Court to deny the defendant's motion as moot (ECF No. 44). On November 3, 2021, the Court held a status hearing on defendant's motion at which defense counsel stated that defendant had no objection to the Court granting the motion of the United States. Based solely on the United States' assertion that it does not intend to introduce the evidence at issue (statements allegedly made by the defendant) in its case-in-chief, it is hereby the recommendation of the undersigned that the defendant's motion to suppress be denied as moot, with the understanding that, should the United States attempt to introduce the challenged statements in its case-in-chief, the defendant will be allowed to have a hearing to determine the merits of his motion to suppress.

Accordingly,

**IT IS HEREBY RECOMMENDED** that defendant Derrick D. Hart's Motion to Suppress Statements (ECF No. 39) **be denied as moot**.

**IT IS FURTHER ORDERED** that defendant Derrick D. Hart will be allowed to be heard on the merits of his motion to suppress in the event that the United States attempts to use his alleged statements in its case-in-chief.

**IT IS FINALLY ORDERED** that at the direction of United States District Judge Rodney W. Sippel this matter will be set for trial upon further order of the Court.

The parties are advised that they have fourteen (14) days to file written objections to this report and recommendation pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained.  Failure to timely file objections may result in the waiver of the right to appeal questions of fact.  *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

/s/Noelle C. Collins
United States Magistrate Judge

Dated this 17th day of November, 2021.