UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20 CR 328 RWS |
| ) | |
| DERRICK D. HART, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pretrial motions of the parties were referred to United States Magistrate Judge Noelle C. Collins under 28 U.S.C. § 636(b). The matter pending before the Court is defendant Derrick Hart's motion to suppress evidence (Doc. # 39) and the response filed by the United States asking the Court to deny the defendant's motion as moot (Doc. # 44). Based solely on the United States' assertion that it does not intend to introduce the evidence at issue (statements allegedly made by the defendant) in its case-in-chief, the defendant's motion to suppress will be denied as moot, with the understanding that, should the United States attempt to introduce the challenged statements in its case-in-chief, the defendant will be allowed to have a hearing to determine the merits of his motion to suppress.

**IT IS HEREBY ORDERED** that the motion to suppress filed by defendant Derrick Hart (Doc. 39) **is denied as moot**.

**IT IS FURTHER ORDERED** that the Report and Recommendations of the United States Magistrate Judge [51] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

*(signature)*
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2022.